# United States Bankruptcy Court
## Eastern District of New York

In re   **Lucretia Antoinette Batson**             Case No. _____
                                                Debtor(s)       Chapter   **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Lucretia Antoinette Batson**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date   **November 6, 2015**           Signature   **/s/ Lucretia Antoinette Batson**
                                                                          **Lucretia Antoinette Batson**
                                                                          Debtor

### Employee Statement of Earnings(Regular Standard Run)

| Employee Name | SSN | Employee Number | Assignment Number | Organization |
|---|---|---|---|---|
| BATSON, LUCRETIA A | | 168293 | 168293 | PTR SSV HUMAN RESRCE BEI |

| Period Start | Period End | Payment Date | Check Number | Base Salary | Sick/SS Hrs | Vac/PTO Hrs |
|---|---|---|---|---|---|---|
| 06-SEP-2015 | 19-SEP-2015 | 24-SEP-2015 | NACHA | 23.24102 | -.29 | 42.33 |

| Federal Filing Status | Fed Allowances | State Filing Status | State Allowances | Secondary Allowances |
|---|---|---|---|---|
| Single | 2 | Single / Head of Household (NY) | 0 | 0 |

#### EARNINGS

| Description | Hours | Amount | Year To Date |
|---|---|---|---|
| PTO PAY | 0.00 | 0.00 | 2951.66 |
| SICK SAV ACCT PAY | 0.00 | 0.00 | 1220.16 |
| HOLIDAY PAY | 7.50 | 174.31 | 1220.17 |
| REGULAR PAY | 67.50 | 1568.77 | 29469.72 |
| MEDCRED | | 10.79 | 215.80 |
| LTDIMPT | | 4.04 | 80.80 |

#### DEDUCTIONS

| Description | Amount | Year To Date |
|---|---|---|
| CITY Withheld (Kings) | 45.08 | 897.85 |
| DENPRE | 17.65 | 353.00 |
| HCRA | 55.56 | 1111.20 |
| MEDPRE | 46.74 | 934.80 |
| 403B FID PRETAX | 50.00 | 1000.00 |
| TAX LEVY 1 | 100.00 | 2000.00 |
| AD&D POSTTAX | 0.00 | 10.26 |
| ADD LTD POSTTAX | 0.00 | 162.26 |
| FARMINGTON STD | 33.00 | 660.00 |
| LTDBUPOST | 2.19 | 43.80 |
| OPTADDEE | 0.55 | 11.00 |
| SUPLIFEE | 4.60 | 92.00 |

#### SUMMARIES

| | Current | Year To Date |
|---|---|---|
| Gross Pay | 1757.91 | 35158.31 |
| Pre-Tax Deductions | 169.95 | 3399.00 |
| Tax Deductions | 403.05 | 8038.21 |
| Other Deductions | 140.34 | 2979.32 |
| NET PAY | 1040.53 | 20660.98 |

Payment Details    Rate Details    Previous Run    Next Run

**Employee Statement of Earnings(Regular Standard Run)**

| Employee Name | SSN | Employee Number | Assignment Number | Organization |
|---|---|---|---|---|
| BATSON, LUCRETIA A | ███ | 168293 | 168293 | PTR SSV HUMAN RESRCE BEI |

| Period Start | Period End | Payment Date | Check Number | Base Salary | Sick/SS Hrs | Vac/PTO Hrs |
|---|---|---|---|---|---|---|
| 20-SEP-2015 | 03-OCT-2015 | 08-OCT-2015 | NACHA | 23 24102 | -.29 | 27.33 |

| Federal Filing Status | Fed Allowances | State Filing Status | State Allowances | Secondary Allowances |
|---|---|---|---|---|
| Single | 2 | Single / Head of Household (NY) | 0 | 0 |

### EARNINGS

| Description | Hours | Amount | Year To Date |
|---|---|---|---|
| PTO PAY | 15.00 | 348.62 | 3300.28 |
| SICK SAV ACCT PAY | 0.00 | 0.00 | 1220.16 |
| HOLIDAY PAY | 0.00 | 0.00 | 1220.17 |
| REGULAR PAY | 60.00 | 1394.47 | 30864.19 |
| MEDCRED | | 10.79 | 226.59 |
| LTDIMPT | | 4.04 | 84.84 |

### DEDUCTIONS

| Description | Amount | Year To Date |
|---|---|---|
| CITY Withheld (Kings) | 45.08 | 942.93 |
| DENPRE | 17.65 | 370.65 |
| HCRA | 55.56 | 1166.76 |
| MEDPRE | 46.74 | 981.54 |
| 403B FID PRETAX | 50.00 | 1050.00 |
| TAX LEVY 1 | 100.00 | 2100.00 |
| AD&D POSTTAX | 0.00 | 10.26 |
| ADD LTD POSTTAX | 0.00 | 162.26 |
| FARMINGTON STD | 33.00 | 693.00 |
| LTDBUPOST | 2.19 | 45.99 |
| OPTADDEE | 0.55 | 11.55 |
| SUPLIFEE | 4.60 | 96.60 |

### SUMMARIES

| | Current | Year To Date |
|---|---|---|
| Gross Pay | 1757.92 | 36916.23 |
| Pre-Tax Deductions | 169.95 | 3568.95 |
| Tax Deductions | 403.05 | 8441.26 |
| Other Deductions | 140.34 | 3119.66 |
| NET PAY | 1040.54 | 21701.52 |

[ Payment Details ]    [ Rate Details ]    [ Previous Run ]    [ Next Run ]

**Employee Statement of Earnings (Regular Standard Run)**

| Employee Name | SSN | Employee Number | Assignment Number | Organization |
|---|---|---|---|---|
| BATSON, LUCRETIA A | ■■■■ | 168293 | 168293 | PTR SSV HUMAN RESRCE BEI |

| Period Start | Period End | Payment Date | Check Number | Base Salary | Sick/SS Hrs | Vac/PTO Hrs |
|---|---|---|---|---|---|---|
| 04-OCT-2015 | 17-OCT-2015 | 22-OCT-2015 | NACHA | 23.24102 | .29 | 27.33 |

| Federal Filing Status | Fed Allowances | State Filing Status | State Allowances | Secondary Allowances |
|---|---|---|---|---|
| Single | 2 | Single / Head of Household (NY) | 0 | 0 |

**EARNINGS**

| Description | Hours | Amount | Year To Date |
|---|---|---|---|
| PTO PAY | 0.00 | 0.00 | 3300.28 |
| SICK SAV ACCT PAY | 0.00 | 0.00 | 1220.16 |
| HOLIDAY PAY | 0.00 | 0.00 | 1220.17 |
| REGULAR PAY | 75.00 | 1743.08 | 32607.27 |
| MEDCRED | | 10.79 | 237.38 |
| LTDIMPT | | 4.04 | 88.88 |

**SUMMARIES**

| | Current | Year To Date |
|---|---|---|
| Gross Pay | 1757.91 | 38674.14 |
| Pre-Tax Deductions | 169.95 | 3738.90 |
| Tax Deductions | 403.04 | 8844.30 |
| Other Deductions | 140.34 | 3260.00 |
| NET PAY | 1040.54 | 22742.06 |

**DEDUCTIONS**

| Description | Amount | Year To Date |
|---|---|---|
| CITY Withheld (Kings) | 45.08 | 988.01 |
| DENPRE | 17.65 | 388.30 |
| HCRA | 55.56 | 1222.32 |
| MEDPRE | 46.74 | 1028.28 |
| 403B FID PRETAX | 50.00 | 1100.00 |
| TAX LEVY 1 | 100.00 | 2200.00 |
| AD&D POSTTAX | 0.00 | 10.26 |
| ADD LTD POSTTAX | 0.00 | 162.26 |
| FARMINGTON STD | 33.00 | 726.00 |
| LTDBUPOST | 2.19 | 48.18 |
| OPTADDEE | 0.55 | 12.10 |
| SUPLIFEE | 4.60 | 101.20 |

Payment Details   Rate Details   Previous Run   Next Run

## Employee Statement of Earnings (Regular Standard Run)

| Employee Name | SSN | Employee Number | Assignment Number | Organization |
|---|---|---|---|---|
| BATSON, LUCRETIA A | ███ | 168293 | 168293 | PTR SSV HUMAN RESRCE BEf |

| Period Start | Period End | Payment Date | Check Number | Base Salary | Sick/SS Hrs | Vac/PTO Hrs |
|---|---|---|---|---|---|---|
| 18-OCT-2015 | 31-OCT-2015 | 05-NOV-2015 | NACHA | 23.24102 | -.29 | 27.33 |

| Federal Filing Status | Fed Allowances | State Filing Status | State Allowances | Secondary Allowances |
|---|---|---|---|---|
| Single | 2 | Single / Head of Household (NY) | 0 | 0 |

### EARNINGS

| Description | Hours | Amount | Year To Date |
|---|---|---|---|
| PTO PAY | 0.00 | 0.00 | 3300.28 |
| SICK SAV ACCT PAY | 0.00 | 0.00 | 1220.16 |
| HOLIDAY PAY | 0.00 | 0.00 | 1220.17 |
| REGULAR PAY | 75.00 | 1743.08 | 34350.35 |
| MEDCRED | | 10.79 | 248.17 |
| LTDIMPT | | 4.04 | 92.92 |

### DEDUCTIONS

| Description | Amount | Year To Date |
|---|---|---|
| CITY Withheld (Kings) | 45.08 | 1033.09 |
| DENPRE | 17.65 | 405.95 |
| HCRA | 55.56 | 1277.88 |
| MEDPRE | 46.74 | 1075.02 |
| 403B FID PRETAX | 50.00 | 1150.00 |
| TAX LEVY 1 | 0.00 | 2200.00 |
| AD&D POSTTAX | 0.00 | 10.26 |
| ADD LTD POSTTAX | 0.00 | 162.26 |
| FARMINGTON STD | 33.00 | 759.00 |
| LTDBUPOST | 2.19 | 50.37 |
| OPTADDEE | 0.55 | 12.65 |
| SUPLIFEE | 4.60 | 105.80 |

### SUMMARIES

| | Current | Year To Date |
|---|---|---|
| Gross Pay | 1757.91 | 40432.05 |
| Pre-Tax Deductions | 169.95 | 3908.85 |
| Tax Deductions | 403.05 | 9247.35 |
| Other Deductions | 40.34 | 3300.34 |
| NET PAY | 1140.53 | 23882.59 |

Payment Details | Rate Details | Previous Run | Next Run